JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MARTINEZ, <br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, <br> Defendant. | CASE NO. 2:17-cv-03126-SK <br> **JUDGMENT** |

It is **ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: March 27, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE